**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__ District of __New York__
(State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy       04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | Roust Corporation | |
| 2. **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | Central European Distribution Corporation <br> CEDC | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 5 4 – 1 8 6 5 2 7 1 | |
| 4. **Debtor's address** | **Principal place of business** <br><br> 777  Westchester Avenue <br> Number  Street <br> Suite 101 <br><br> White Plains   NY   10604 <br> City   State   ZIP Code <br><br> Westchester <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> Number  Street <br><br> _____ <br> P.O. Box <br><br> _____ <br> City   State   ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> Bobrowiecka 6, 00-728 Warsaw, Poland; Novoorlovskaya Street, Building 5, 119633 Moscow, Russian Federation |
| 5. **Debtor's website** (URL) | http://www.roust.com | |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | |

Official Form 201       Voluntary Petition for Non-Individuals Filing for Bankruptcy       page 1

Debtor    Roust Corporation_____    Case number (*if known*)_____
             Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

4 2 4 8

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ A plan is being filed with this petition.

  ☑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No
☑ Yes.    District  Delaware_____    When  04/07/2013    Case number  13-10738 (CSS)_____
                                              MM / DD / YYYY

          District  _____    When  _____    Case number  _____
                                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☑ Yes.    Debtor  Please see Schedule 1_____    Relationship  Affiliate_____
          District  Southern District of New York__    When  12/30/2016_____
                                                            MM / DD / YYYY
          Case number, if known  _____

Official Form 201                    Voluntary Petition for Non-Individuals Filing for Bankruptcy                    page **2**

Debtor   Roust Corporation  
_Name_

Case number _(if known)_ _____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number    Street

_____

_____
City                                      State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49                  ☐ 1,000-5,000           ☐ 25,001-50,000
☐ 50-99                 ☐ 5,001-10,000          ☐ 50,001-100,000
☐ 100-199               ☐ 10,001-25,000         ☐ More than 100,000
☒ 200-999

---

**15. Estimated assets**

☐ $0-$50,000            ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000      ☐ $10,000,001-$50 million      ☒ $1,000,000,001-$10 billion
☐ $100,001-$500,000     ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million   ☐ $100,000,001-$500 million    ☐ More than $50 billion

---

Debtor _____   Case number (*if known*)_____
      Name

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ❏ $0-$50,000<br>❏ $50,001-$100,000<br>❏ $100,001-$500,000<br>❏ $500,001-$1 million | ❏ $1,000,001-$10 million<br>❏ $10,000,001-$50 million<br>❏ $50,000,001-$100 million<br>❏ $100,000,001-$500 million | ❏ $500,000,001-$1 billion<br>❏ $1,000,000,001-$10 billion<br>❏ $10,000,000,001-$50 billion<br>❏ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
           MM / DD / YYYY

✘ _____      _____
   Signature of authorized representative of debtor      Printed name

Title _____

**18. Signature of attorney**

✘ _____      Date _____
   Signature of attorney for debtor              MM / DD / YYYY

_____
Printed name

_____
Firm name

_____
Number    Street

_____      _____ _____
City            State    ZIP Code

_____      _____
Contact phone      Email address

_____      _____
Bar number          State

## **SCHEDULE I**
### SCHEDULE OF DEBTORS

      On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed in this Court a petition for relief under chapter 11 of title 11 of the United States Code. Substantially contemporaneously with the filing of these petitions, these entities filed a motion requesting that their respective chapter 11 cases be jointly administered for procedural purposes only.

| DEBTOR | TAX ID NO |
| --- | --- |
| Roust Corporation | 54-1865271 |
| CEDC Finance Corporation LLC | 80-0507136 |
| CEDC Finance Corporation International, Inc. | 94-3490116 |

Debtor Roust Corporation                                                                                                                              Case number (if known) _____

| Fill in this information to identify the case: |
|---|
| Debtor Name: Roust Corporation |
| United States Bankruptcy Court for the: Southern District of New York |
| Case number (if known): _____ |

☐ Check if this is an amended filing

# Official Form 204
**Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders**[1] **12/15**

1. A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 1 | WHITE & CASE LLP 200 S BISCAYNE BLVD., MIAMI, FL 33131 | Tel. +1 305-371-2700 Fax. +1 305-358-5744/5766 | TRADE DEBT | | | | $376,692.64 |

---

[1] As of the date of the filing of the Chapter 11 Cases, Roust Corporation had less than twenty (20) unsecured creditors. As such, this list includes all of Roust Corporation's unsecured creditors as of the filing of the Chapter 11 Cases.

Debtor  Roust Corporation                                                                                          Case number (if known) _____

| | **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, and | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| 2 | MOODY'S INVESTORS SERVICE LTD EC3R 7XB LONDON, MINISTER COURT 2 | Tel.  +44 207-772-1000 | TRADE DEBT | | | | $80,265.35 |
| 3 | HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP ATTORNEYS AT LAW 40 PATERSON ST. NEW BRUNSWICK, NJ 08901 | Tel. +1 732-545-4717 | TRADE DEBT | | | | $32,100.00 |
| 4 | JONES DAY 51 LOUISIANA AVE NW, WASHINGTON, DC 20001 | Tel. +1 202-879-3939 | TRADE DEBT | | | | $24,015.53 |
| 5 | WSE WARSAW GIEŁDA PAPIERÓW WARTOŚCIOWYCH 00-498 WARSAW, KSIĄŻĘCA 4 | Tel. (4822) 628 32 32 Fax. (4822) 628 17 54 | TRADE DEBT | | | | $16,533.66 |

Debtor  Roust Corporation                                                                                       Case number (if known) _____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| 6 | KPMG LLP<br>PO BOX 120522<br>DALLAS, TX 75312-0522 | Tel. +1 214-840-2000<br>Fax. +1 214-840-2297 | TRADE DEBT | | | | $13,3000.00 |
| 7 | PR NEWS WIRE ASSOCIATION, LLC<br>PO BOX 5897<br>NEW YORK, NY 10087-5897 | Tel. 800-776-8090<br>Fax. 800-793-9313 | TRADE DEBT | | | | $7,395.00 |
| 8 | THOMSON REUTERS<br>121 RIVER ST #1000<br>HOBOKEN, NJ 07030 | Tel. +1 201-356-6260 | TRADE DEBT | | | | $4,641.66 |
| 9 | BROADRIDGE ICS<br>PO BOX 416423<br>BOSTON, MA 02241-6423 | Tel. +1 617-338-0107 | TRADE DEBT | | | | $2,620.13 |

Debtor  Roust Corporation

Case number (if known) _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| 10 | PREMIERE GLOBAL SERVICES<br>PO BOX 404351<br>ATLANTA, GA 30384-4351 | Tel. +1 404-262-8400 | TRADE DEBT | | | | $2,382.36 |
| 11 | AMERICAN STOCK TRANSFER & TRUST COMPANY, LLC<br>6201 15TH AVE,<br>BROOKLYN, NY 11219 | Tel. 877-814-9688 | TRADE DEBT | | | | $2,076.00 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| **ROUST CORPORATION,** | Case No. 16-\_\_\_\_\_ (\_\_\_) |
| Debtor.[1] | Tax I.D. No. 54-1865271 |

**CORPORATE OWNERSHIP STATEMENT AND LIST OF EQUITY SECURITY HOLDERS OF ROUST CORPORATION**

Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, the Debtor submits the following information:

The following entities indirectly own equity interests of the Debtor:

| Name and Address of Corporate Equity Holder | Interest |
|---|---|
| Roust Holding Limited<br>Trident Trust Company<br>(BVI) Ltd<br>Trident Chambers<br>P.O. Box 146<br>Road Town, Tortola<br>British Virgin Islands | 100% |

The following entities directly own equity interests of the Debtor:

| Name and Address of Corporate Equity Holder | Interest |
|---|---|
| Roust Trading Ltd.<br>69 Pitt's Bay Road<br>Pembroke HM 08 Bermuda | 29.62% |
| CEDC Holdings I, LLC<br>1209 Orange Street<br>Wilmington, Delaware 19801 | 15% |
| CEDC Holdings II, LLC<br>1209 Orange Street<br>Wilmington, Delaware 19801 | 15% |

---

[1] The Debtor's address is as follows: 777 Westchester Avenue, Suite 101, White Plains, New York 10604.

| | |
|---|---|
| CJSC Russian Standard Corporation<br>Bld. 12, Office 1507<br>Moscow 123610, Russian Federation | 22.85% |
| JSC "Russian Standard Bank"<br>36, Tkatskaya str.<br>Moscow 105187, Russian Federation | 16.05% |
| LLC "Russian Standard-Invest"<br>36, Tkatskaya str.<br>Moscow 105187, Russian Federation | 1.48% |

**Fill in this information to identify the case and this filing:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number (*If known*): _____

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____      ✗ _____
MM / DD / YYYY                     Signature of individual signing on behalf of debtor

_____
Printed name

_____
Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

## ROUST CORPORATION

### Secretary's Certificate

The undersigned, being the Secretary of Roust Corporation, a Delaware corporation (the "Company"), does hereby certify as follows:

Attached hereto as <u>Annex A</u> is a true, correct and complete copy of resolutions duly adopted by the board of directors of the Company on December 30th, 2016 (the "Resolutions"), and such Resolutions have not been modified or rescinded and are in full force and effect.

IN WITNESS WHEREOF, the undersigned, has executed and caused this certificate to be delivered as of December 30th, 2016.

ROUST CORPORATION

By: _____
Przemyslaw Witas
Secretary

**ANNEX A**

# RESOLUTIONS OF
# THE BOARD OF DIRECTORS OF
# ROUST CORPORATION

The board of directors (the "Board") of Roust Corporation, a Delaware Corporation, (the "Company"), adopted the following resolutions by vote at a duly noticed meeting as of the 30th day of December, 2016, pursuant to the bylaws and the General Corporation Law of the State of Delaware:

WHEREAS, the Board reviewed the materials presented by the management and the advisors of the Company regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to it and the impact of the foregoing on the Company's businesses; and

WHEREAS, the Board reviewed the materials presented by the management and the advisors of the Company regarding the reincorporation of the Company to the State of New York, the Indenture governing the Company's $385 million Senior Secured Notes due 2022 (the "New Notes Indenture"), the Senior Secured and Senior Convertible Supplemental Indentures (the "Supplemental Indentures"), the Backstop Agreement, the Investor Rights Agreement, the Amended and Restated Certificate of Incorporation and the Bylaws of reorganized Roust, and the impact of the foregoing on the Company's businesses; and

WHEREAS, the Board has had the opportunity to consult with management and the advisors of the Company and fully considered each of the strategic alternatives available to the Company; and

WHEREAS, the Board received affirmative advice from the Company's restructuring advisors that the filing, reincorporation to the State of New York, entry into the New Notes Indenture, the Supplemental Indentures, Backstop Agreement, Investor Rights Agreement and adoption of the Amended and Restated Certificate of Incorporation and Bylaws are consistent with the fiduciary duties of the Board, is in the best interest of the Company and not inconsistent with the duty to maximize value of the Company;

NOW, it is hereby:

RESOLVED, that in the judgment of the Board of Directors it is desirable and in the best interests of the Company, its creditors, stakeholders and other interested parties, that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), and the filing of such petition is authorized hereby; and it is further

RESOLVED, that in the judgment of the Board of Directors it is desirable and in the best interests of the Company, its creditors, stakeholders and other interested parties, for the Company to enter into the Backstop Agreement, Investor Rights Agreement and the New Notes

Indenture and the Supplemental Indentures in substantially the same form as provided to the Board of Directors, and the entry into the Backstop Agreement, Investor Rights Agreement, the Supplemental Indentures and the New Notes Indenture is authorized hereby; and it is further

        RESOLVED, that in the judgment of the Board of Directors it is desirable and in the best interests of the Company, its creditors, stakeholders and other interested parties, for the Company to reincorporate into the State of New York via a merger with a New York company, and amend its Certificate of Incorporation and Bylaws in substantially the same form as provided to the Board of Directors, and such reincorporation to the State of New York via a merger with a New York company, amendment to the Company's Certificate of Incorporation and amendment to the Company's Bylaws is authorized hereby; and it is further

        RESOLVED, that the officers of the Company and the Chairman of the Board of Directors, including without limitation, the Chief Executive Officer, Chief Financial Officer, or Secretary of the Company or any one of them (collectively and with the Chairman of the Board of Directors, the "Officers"), be, and each hereby is, authorized and empowered, on behalf of and in the name of the Company, to execute and verify a petition in the name of the Company under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Southern District of New York in such form and at such time as the Officer(s) executing said petition on behalf of the Company shall determine; and it is further

        RESOLVED, that the Officers, or any one of them, be, and each hereby is, authorized and empowered, on behalf of and in the name of the Company, to execute, verify and/or file, or cause to be executed, verified and/or filed (or direct others to do so on their behalf as provided herein) the New Notes Indenture, the Supplemental Indentures, the Backstop Agreement, the Investor Rights Agreement, the Amended and Restated Certificate of Incorporation and the amended Bylaws of the Company; and it is further

        RESOLVED, that the Officers, or any one of them, be, and each hereby is, authorized and empowered, on behalf of and in the name of the Company, to execute, verify and/or file, or cause to be executed, verified and/or filed (or direct others to do so on their behalf as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, statements, schedules, motions, lists, applications, pleadings agreements, governing documents and other papers, and in that connection to utilize all assistance by legal counsel, accountants or other professionals, and to take any and all action which they deem necessary and proper in connection with the reincorporation to the State of New York and chapter 11 case, with a view to the successful prosecution of such case; and it is further

        RESOLVED, that the Officers, or any one of them, be, and each hereby is, authorized and empowered, on behalf of and in the name of the Company, to retain professionals to render services to the Company in connection with the chapter 11 case, including, without limitation, the firm Skadden, Arps, Slate, Meagher & Flom LLP, to act as chapter 11 counsel, and the firm Houlihan Lokey, Inc. to act as investment banker; and it is further

        RESOLVED, that the Officers, or any one of them, be, and each hereby is, authorized and empowered, on behalf of and in the name of the Company, to amend, supplement

or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements, financing statements, notices, undertakings or other writings referred to in the foregoing resolutions; and it is further

RESOLVED, that the Officers be, and each of them hereby is, authorized and empowered, on behalf of and in the name of the Company, to take or cause to be taken any and all such further action and to execute, deliver, verify and/or file, or cause to be executed, delivered, verified and/or filed (or direct others to do so on its behalf as provided herein) all such further documents, agreements, instruments, financing statements, notices, undertakings, certificates and other writings; and it is further

RESOLVED, that the Officers be, and each of them hereby is, authorized and empowered, on behalf of and in the name of the Company, to pay and direct the payment of all fees and expenses as in their judgment shall be necessary, appropriate, or advisable in the good faith judgment of such Officers to effectuate the purpose and intent of any and all of the foregoing resolutions; and it is further

RESOLVED, that all acts lawfully done or actions lawfully taken by any Officer to seek relief on behalf of the Company under chapter 11 of the Bankruptcy Code, or in connection with the chapter 11 case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company.