SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

Jay M. Goffman
Mark A. McDermott
Raquelle L. Kaye
Julie Lanz
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Fax: (212) 735-2000

*Proposed Counsel for Debtors
and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | : | Chapter 11 |
| | : | |
| **ROUST CORPORATION,** *et al.* | : | Case No. 16-23786 |
| | : | |
| Debtors.[1] | : | **(Joint Administration Pending)** |
| | : | |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR "FIRST DAY" HEARING
AND CONFIRMATION OF PLAN ON JANUARY 6, 2017 at 10:00 a.m.**

| | |
|---|---|
| Time and Date of Hearing: | January 6, 2017 at 10:00 a.m. (Prevailing Eastern Time) |
| Location of Hearing: | Before the <u>Honorable Robert D. Drain</u>, <u>Room 248</u>, White Plains Courthouse, 300 Quarropas Street, White Plains, NY 10601-4140 |
| Copies of Motions and Applications | Copies of each pleading identified below can be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov, (ii) contacting the Office of the Clerk of the Court at 300 Quarropas Street, White Plains, NY 10601, or (iii) from the Debtors' proposed notice and claims agent, Epiq Bankruptcy Solutions, LLC, at http://dm.epiq11.com/Roust or by calling or e-mailing the proposed notice and claims agent. Note that a PACER password is needed to access documents on the Court's website. |

---

[1]  The Debtors and their respective addresses are as follows: Roust Corporation, 777 Westchester Avenue, Suite 101, White Plains, New York 10604 and CEDC Finance Corporation International, Inc. and CEDC Finance Corporation LLC, 1209 Orange Street, Wilmington, Delaware 19801.

[2] **Items that differ from the previous version of the Agenda appear in bold.**

A.  **INTRODUCTION**

1. Declaration Of Grant Winterton In Support Of Chapter 11 Petitions, First Day Pleadings, And Confirmation Of The Joint Prepackaged Chapter 11 Plan Of Reorganization Of Roust Corporation, et al. [Docket No. 2]

B.  **FIRST DAY MOTIONS AND APPLICATIONS**

2. Debtors' Motion For Order (I) Directing Joint Administration Of The Chapter 11 Cases Pursuant To Bankruptcy Rule 1015(b) And (II) Waiving Requirements Of Bankruptcy Code Section 342(c)(1) And Bankruptcy Rules 1005 And 2002(n) [Docket No. 3]

3. Debtors' Application For Order Under 28 U.S.C. § 156(c), Bankruptcy Code Section 503(b)(1)(A), And Local Bankruptcy Rule 5075-1 Authorizing The Employment And Retention Of Epiq Bankruptcy Solutions, LLC As Notice And Claims Agent [Docket No. 4]

4. Debtors' Motion For An Order Pursuant To Bankruptcy Code Sections 105(a) And 521, Bankruptcy Rules 1007(c), 2003(a), 2015.3(d), And 9006(b), And Local Rules 1007-1 And 9013-1 (I) Extending Time To File Schedules Of Assets And Liabilities And Statements Of Financial Affairs, (II) Waiving The Same Upon Confirmation Of Debtors' Prepackaged Plan, (III) Waiving The Reporting Requirements Of Bankruptcy Rule 2015.3, And (IV) Waiving Certain Creditor List Filing Requirements [Docket No. 5]

5. Debtors' Motion For Order Pursuant To Bankruptcy Code Sections 105(a), 363, 364, And 503(b)(1) And Bankruptcy Rules 6003 And 6004 Authorizing (I) Continued Use Of Existing Cash Management System, Bank Accounts, And Business Forms And Checks And (II) Continuation Of Intercompany Transactions Among The Debtors And Non-Debtor Subsidiaries And According Priority Status To All Postpetition Intercompany Claims [Docket No. 6]

C.  **CONFIRMATION DOCUMENTS**

6. Debtors' Motion Pursuant To 11 U.S.C. §§ 105, 1125, 1126, 1128 And 1129 And Fed. R. Bankr. P. 2002, 3016, 3017, 3018 And 3020 And S.D.N.Y. Bankr. L.R. 3017-1, 3018-1, 3018-2, And 3020-1 (I) For Order (A) Scheduling Combined Hearing On Adequacy Of Disclosure Statement And Confirmation Of Plan, (B) Approving Form And Manner Of Notice Of Combined Hearing And Commencement Of The Chapter 11 Cases, (C) Establishing Procedures For Objecting To Disclosure Statement And Plan And (D) Directing Deferral Of Section 341(a) Meeting Until Confirmation Of Plan And (II) For Order (A) Approving Prepetition Solicitation Procedures, (B) Approving Adequacy Of Disclosure Statement And (C) Confirming Plan Of Reorganization [Docket No. 7]

7. Debtors' Motion For Order Pursuant To Bankruptcy Code Sections 105(a), 363 And 365, Bankruptcy Rule 6006, And Local Bankruptcy Rules 6006-1 And 9013-1 (I) Authorizing The Debtors To Assume The Restructuring Support Agreement, (II) Authorizing The Debtors To (A) Assume The Backstop Agreement, (B) Pay The Backstop Commitment Fee, And (C) Incur Certain Indemnification Obligations, And (III) Granting Related Relief [Docket No. 12]

8. Notice of Filing of Amended And Restated Joint Prepackaged Chapter 11 Plan Of Reorganization Of Roust Corporation, *et al*. [Docket No. 8]

Related Documents:

A. Notice Of Filing Of Disclosure Statement [Docket No. 9]

B. Declaration Of David R. Hilty In Support Of Confirmation Of The Joint Prepackaged Plan Of Reorganization Of Roust Corporation, *et al.*[Docket No. 10]

C. Declaration Of Jane Sullivan On Behalf Of Epiq Corporate Restructuring Regarding Service Of Solicitation Packages And Tabulation Of Ballots Cast On The Joint Prepackaged Chapter 11 Plan Of Reorganization Of Roust Corporation, *et al.* [Docket No. 11]

D. Debtors' Memorandum Of Law In Support Of Entry Of An Order Confirming The Amended And Restated Joint Prepackaged Chapter 11 Plan Of Reorganization Of Roust Corporation, *et al.*, Dated December 30, 2016 [Docket No. 13]

E. Notice of Filing of Proposed Findings Of Fact, Conclusions Of Law And Order (I) Approving (A) The Disclosure Statement Pursuant To Sections 1125 And 1126(c) Of The Bankruptcy Code, (B) The Prepetition Solicitation Procedures, And (C) Forms Of Ballots, And (II) Confirming The Amended And Restated Joint Prepackaged Chapter 11 Plan Of Roust Corporation, *et al.* [Docket No. 16]

F. **Omnibus Objection Of The United States Trustee To Confirmation Of The Plan And Related Relief [Docket No. 22]**

G. **Debtors' Reply To Omnibus Objection Of United States Trustee To Confirmation Of The Plan Of Reorganization Of Roust Corporation, et. al. And Related Relief [Docket No. 25]**

H. **Joinder of the Ad Hoc Group of Senior Secured Noteholders to the Debtors Reply to Omnibus Objection of the United States Trustee to Confirmation of the Plan of Reorganization of Roust Corporation, et.al. and Related Relief [Docket No. 26]**

I. **The United States Of America's Objection To The Amended And Restated Joint Prepackaged Plan Of Reorganization Of Roust Corporation, et al. [Docket No. 27]**

J. **Notice Of Filing Of Plan Supplement To Amended And Restated Joint Prepackaged Chapter 11 Plan Of Roust Corporation, et al. [Docket No. 28]**

Dated: New York, New York
January 6, 2017

        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

        */s/ Jay M. Goffman*_____
        Jay M. Goffman
        Mark A. McDermott
        Raquelle L. Kaye
        Julie Lanz
        Four Times Square
        New York, New York 10036-6522
        Telephone: (212) 735-3000
        Fax: (212) 735-2000

        *Proposed Counsel for Debtors and Debtors in Possession*