1

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

Case No. 16-23786-rdd

- - - - - - - - - - - - - - - - - - - - - -x

In the Matter of:


ROUST CORPORATION,

            Debtor.

- - - - - - - - - - - - - - - - - - - - - -x


                United States Bankruptcy Court

                300 Quarropas Street

                White Plains, New York


                April 25, 2017

                10:40 AM


B E F O R E:

HON. ROBERT D. DRAIN

U.S. BANKRUPTCY JUDGE

2

(#77) Notice of Agenda Of Matters Scheduled For Hearing On April 25, 2017 At 10:00 A.M.

(#67) Application for Final Professional Compensation Of Houlihan Lokey Capital, Inc. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Investment Banker To The Debtors For The Application Period Of December 30, 2016 Through February 17, 2017 for Houlihan Lokey Capital, Inc., Other Professional, period: 12/30/2016 to 2/17/2017, fee: $6,390,434.07, expenses: $1,707.31.

(#68) Application for Final Professional Compensation First And Final Fee Statement Of Epiq Bankruptcy Solutions, LLC For Compensation For Services And Reimbursement Of Expenses As Administrative Agent For The Debtors And Debtors In Possession For The Period From December 30, 2016 Through February 17, 2017 for Epiq Bankruptcy Solutions, LLC, Other Professional, period: 12/30/2016 to 2/17/2017, fee: $15,816.90, expenses: $0.00.

3

(#71) Application for Final Professional Compensation Corrected First And Final Fee Application Of Skadden, Arps, Slate, Meagher & Flom LLP For Compensation Of Skadden, Arps, Slate, Meagher & Flom LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Debtors For The Period Of December 30, 2016 Through And Including February 17, 2017 for Skadden Arps Slate Meagher & Flom LLP, Debtor's Attorney, period: 12/30/2016 to 2/17/2017, fee: $2,627,725.55, expenses: $58,850.71.

(#70) Application for Final Decree Motion Of Reorganized Debtors For Entry Of Final Decree And Order Closing The Reorganized Debtors' Chapter 11 Cases

Transcribed by:  Penina Wolicki

eScribers, LLC

352 Seventh Avenue, Suite #604

New York, NY 10001

(973)406-2250

operations@escribers.net

**4**

A P P E A R A N C E S:

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

      Attorneys for Debtors

      Four Times Square

      New York, NY 10036

BY:   MARK A. MCDERMOTT, ESQ.

P R O C E E D I N G S

THE COURT:  All right.  In re Roust Corporation.

MR. MCDERMOTT:  Good morning, Your Honor.  For the record, Mark McDermott on behalf of Skadden Arps.

THE COURT:  Good morning.

MR. MCDERMOTT:  We have four items on the agenda, Your Honor, today, and we did file an agenda.  Three of those items are final fee applications, and the last is a motion requesting closing of the case.

THE COURT:  Right.  So let's turn to the fee applications.  I didn't see any opposition to them.

MR. MCDERMOTT:  I'm not aware of any, Your Honor.

THE COURT:  Okay.

MR. MCDERMOTT:  Formal or otherwise.

THE COURT:  All right.  There were some adjustments to the Skadden application, and I'm assuming that was probably based on some discussions with the U.S. Trustee?

MR. MCDERMOTT:  Exactly, Your Honor.  Mr. Zipes, yes.

THE COURT:  Okay.  All right.  And were those time entries removed from the application or --

MR. MCDERMOTT:  Not at this stage, no.

THE COURT:  No, okay.

MR. MCDERMOTT:  They're still in there.

THE COURT:  All right, so they're in there?

MR. MCDERMOTT:  Yes.

THE COURT:  All right.  Why don't we do them in order, then.  On Houlihan Lokey, this is largely a matter of math, since it's a transaction-based compensation plus the monthly compensation.  I confess I didn't do the math, but I am assuming that the parties who have an economic stake in this case did, and there was no issue.

MR. MCDERMOTT:  It was done.  Mr. Talarico from Houlihan is in the courtroom, he's a senior vice president.  He can explain the math if the Court has any questions.  But I know that they've gone over it with the client as recently as the last couple of days if --

THE COURT:  All right.  I'm not --

MR. MCDERMOTT:  -- you have any questions?

THE COURT:  -- I don't have any questions.  I'll grant the application in the amount sought.  It's consistent with the fee agreement --

MR. MCDERMOTT:  Thank you, Your Honor.

THE COURT:  -- which I had previously, under 328, approved as part of the retention.

And Epiq Solutions is really quite a small number, and again, there's no issue there.

And on the Skadden application, the only -- I mean, obviously there was a lot of closing-related work on this one.

MR. MCDERMOTT:  Yes, there was.

THE COURT:  A lot of behind-the-scenes work.

MR. MCDERMOTT:  Not anticipated, frankly.  And I'm happy to say I was not the one stuck on that in the middle. But really, in effect, we put together a merger that involved a lot of complex offshore collateral-type documents that took a lot more than I think everybody thought they were going to take.

THE COURT:  And Skadden did most of that work, as opposed to --

MR. MCDERMOTT:  Yeah, we had --

THE COURT:  -- local counsel?

MR. MCDERMOTT:  -- to in conjunction with our bondholders, yes.

THE COURT:  Okay.  Who have not objected to this?

MR. MCDERMOTT:  I have received no objections, Your Honor.

THE COURT:  All right.  Well, it was heavier than projected, but in light of my review, the reductions that the firm's already taken, and the absence of any objections, I'll grant that application.

MR. MCDERMOTT:  Thank you, Your Honor.  And I have an omnibus order that we could email to chambers.

THE COURT:  Okay.  That's fine.

And then on the second matter, this was originally, I guess, by notice of presentment, but it's on for today?

MR. MCDERMOTT:  On the closing of the case?

THE COURT: Yes.

MR. MCDERMOTT: Yes. I think we decided that we should keep it on with the other things that Your Honor wanted to hear.

THE COURT: Okay.

MR. MCDERMOTT: So we haven't received any objections to this. We do owe the Trustee's office some Trustee's fees. My office is in the process of cutting checks for those --

THE COURT: Okay.

MR. MCDERMOTT: -- to make sure that they're taken care of. But we haven't received any objections from Mr. Zipes --

THE COURT: All right.

MR. MCDERMOTT: -- or Mr. Schwartzberg.

THE COURT: All right. Although, I mean, it does appear to me that the case is ready to be closed, given the nature of the plan and the distributions that were made under it. So I'll grant that motion.

MR. MCDERMOTT: Thank you, Your Honor.

THE COURT: Okay.

MR. MCDERMOTT: That concludes everything we had.

THE COURT: Right.

MR. MCDERMOTT: Again, we'll send you --

THE COURT: Okay.

MR. MCDERMOTT: -- and email with the orders.

THE COURT:  Thank you.  Okay.

(Whereupon these proceedings were concluded at 10:44 AM)

I N D E X

| RULINGS: | PAGE | LINE |
|---|---|---|
| Houlihan Lokey final fee application is approved. | 6 | 14 |
| Epiq final fee application is approved. | 6 | 20 |
| Skadden Arps final fee application is approved. | 7 | 18 |
| Motion of reorganized debtors for entry of final decree and order closing the reorganized debtors' Chapter 11 cases, granted. | 8 | 18 |

eScribers, LLC │ (973) 406-2250
operations@escribers.net │ www.escribers.net

CERTIFICATION

I, Penina Wolicki, certify that the foregoing transcript is a true and accurate record of the proceedings.

_____

Penina Wolicki (CET-569)

AAERT Certified Electronic Transcriber

eScribers

352 Seventh Ave., Suite #607

New York, NY 10001

Date:   April 26, 2017